# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE NA PIER,<br><br>　　　　　Plaintiff,<br>　vs.<br>JAGDEEP S. DHILLON, et al.,<br><br>　　　　　Defendants. | Case No. 1:21-cv-00887 NONE JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT (Doc. 7) |

The plaintiff reports she has settled the matter and indicate she will seek dismissal of the action soon. (Doc. 7 at 2) Thus, the Court **ORDERS**:

　　1.　The stipulation to dismiss the action **SHALL** be filed **no later than September 10, 2021**;

　　2.　All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

　　Dated:　**July 23, 2021**　　　　　　　_ **/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE