# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE NA PIER,<br><br>　　　　　Plaintiff,<br>　vs.<br>JAGDEEP S. DHILLON, et al.,<br><br>　　　　　Defendants. | Case No.  1:21-cv-00887 NONE JLT<br><br>ORDER DIRECTING THE CLERK OF COURT TO ASSIGN A DISTRICT JUDGE AND TO CLOSE THIS CASE<br>(Doc. 9) |

According to Federal Rules of Civil Procedure Rule 41(a)(1), the plaintiff seeks to voluntarily dismiss this action has with prejudice with each side to bear their own fees and costs. (Doc. 9) Accordingly, the Clerk of Court is DIRECTED to assign a district judge for the purpose of closing this case and then to close this action.

IT IS SO ORDERED.

Dated: __**July 26, 2021**__          _____ **/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE